REBECCA L. TARNEJA (SBN 293461)
*RTarneja@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 South Figueroa Street, Suite 4100
Los Angeles, CA 90017
Tel.: +1 213 426 2500
Fax: +1 213 623 1673

Attorneys for Defendant
MNTN, INC.

VICTOR SANDOVAL (SBN 344461)
*victor@almeidalawgroup.com*
**ALMEIDA LAW GROUP LLC**
3415 S. Sepulveda Blvd, Suite 1121
Los Angeles, CA 90066
Tel.: (562) 534-5907

Counsel for Plaintiff
PATTI RIDER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| PATTI RIDER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MNTN, INC.,<br><br>Defendant. | Case No. 2:26-cv-01682-DJC-CSK<br><br>**STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANT MNTN, INC. TO RESPOND TO INITIAL COMPLAINT PURSUANT TO LOCAL RULE 144**<br><br>Courtroom: 7 (14TH floor)<br>Judge:      Hon. Daniel J. Calabretta<br><br>Complaint filed:     April 30, 2026 |

Pursuant to Local Civil Rule 144(a), Plaintiff PATTI RIDER ("Plaintiff") and Defendant MNTN, INC. ("Defendant") (together, the "Parties"), by and through their undersigned counsel, hereby stipulate and jointly move to further extend the deadline for Defendant to respond to the Complaint as follows:

WHEREAS, on April 30, 2026, Plaintiff filed her Complaint in this action (ECF 1);

WHEREAS, on May 6, 2026, Defendant was served with the Complaint;

WHEREAS, on May 26, 2026, the Parties stipulated to an extension of Defendant's deadline to respond to the Complaint to and including June 24, 2026, pursuant to Local Civil Rule 144(a);

WHEREAS, Defendant's answer or other response to the Complaint is currently due on June 24, 2026;

WHEREAS, Plaintiff is coordinating with plaintiffs' counsel in a related action against MNTN, Inc. now pending in the United States District Court for the Southern District of California and anticipates that the plaintiffs in the two actions are likely to file an amended complaint consolidating the claims asserted in both actions, which would materially reshape the pleadings to which Defendant must respond and render any response to the current Complaint potentially moot;

WHEREAS, Defendant anticipates filing one or more motions in response to the operative pleading, including a Rule 12(b) motion, and the Parties accordingly require additional time to meet and confer regarding the anticipated motions;

WHEREAS, given the complexity of the issues and the prospect that an amended or consolidated pleading may supersede the operative Complaint, the Parties have met and conferred and agree that good cause exists for a 45-day extension of Defendant's deadline to respond, to and including August 10, 2026, so as to preserve the resources of the Parties and the Court and avoid potentially unnecessary motion practice;

WHEREAS, the Parties previously stipulated to a twenty-eight (28) day extension of Defendant's deadline to respond to the Complaint, which did not require Court approval, and this is the first request for an extension of that deadline requiring Court approval;

WHEREAS, this agreed extension of time does not affect any event or deadline previously set by the Court;

1

WHEREAS, this agreed extension of time will not prejudice the Parties; and

WHEREAS, for the reasons set forth above, good cause exists for the requested extension, the Parties mutually agree to the extension, and no party will be prejudiced thereby;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the Parties, through their undersigned counsel, that Defendant shall have up to and including August 10, 2026 to answer or otherwise respond to the Complaint.

Respectfully submitted,

Dated:   June 22, 2026          By: /s/ *Rebecca L. Tarneja*
                                     REBECCA L. TARNEJA (SBN 293461)
                                     *RTarneja@goodwinlaw.com*
                                     **GOODWIN PROCTER LLP**

                                     Attorneys for Defendant:
                                     MNTN, INC.


Dated:   June 22, 2026          By: /s/ *Victor Sandoval*     (*as authorized on 6/19/2026*)
                                     VICTOR SANDOVAL (SBN 344461)
                                     *victor@almeidalawgroup.com*
                                     **ALMEIDA LAW GROUP LLC**

                                     Attorneys for Plaintiff:
                                     PATTI RIDER

2

STIPULATION TO FURTHER EXTEND TIME FOR MNTN TO          CASE No. 2:23-CV-01163-DJC-CSK
RESPOND TO INITIAL COMPLAINT PURSUANT TO LCR 144

## ORDER

Upon consideration of the "Stipulation to Further Extend Time for Defendant MNTN, Inc. ('Defendant') to Respond to Initial Complaint Pursuant to Local Civil Rule 144," and for good cause having been shown, IT IS HEREBY ORDERED THAT the Stipulation is hereby GRANTED. Defendant shall have through and including August 10, 2026 to respond to the Complaint in this action.

**IT IS SO ORDERED**

Dated:  June 22, 2026                           /s/ Daniel J. Calabretta
                                                _____
                                                THE HONORABLE DANIEL J. CALABRETTA
                                                UNITED STATES DISTRICT JUDGE

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of California by using the CM/ECF system on **June 22, 2026**. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **June 22, 2026**.

/s/ *Rebecca Tarneja*
REBECCA L. TARNEJA

1